**FISHER & PHILLIPS LLP**
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
FAX:  (702) 252-7411
wselert@fisherphillips.com
akheel@fisherphillips.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS FARR, M.D., | Case No. 2:18-cv-00229-GMN-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND** |
| AMERICAN BAPTIST HOMES OF THE WEST, a foreign Corporation; LAS VENTANAS RETIREMENT COMMUNITY, a foreign Corporation; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendants, AMERICAN BAPTIST HOMES OF THE WEST ("ABHOW") and LAS VENTANAS RETIREMENT COMMUNITY ("LVRC") (Collectively "Defendants") will have an extension of time up to and including **February 28, 2018** to answer or otherwise respond to Plaintiff's Complaint on file herein.  This is the first request for an extension of time to respond to the

/ / /

/ / /

/ / /

- 1 -

FPDOCS 33765370.1

1  Complaint. This case was removed on February 7, 2018 (ECF No. 1) and Defense
2  counsel needs additional time to review and evaluate the case.
3      DATED this the 14th Day of February, 2018.

KEMP & KEMP                              FISHER & PHILLIPS LLP

By: /s/Victoria L. Neal, Esq.            By: /s/ *Allison L Kheel, Esq.*
James P. Kemp, Esq.                      Allison L. Kheel, Esq.
Victoria L. Neal, Esq.                   300 South Fourth Street
7435 W. Azure Drive, Suite 110           Suite 1500
Las Vegas, NV 89130                      Las Vegas, NV 89101
Attorneys for Plaintiff                  Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 15, 2018