JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Dennis Farr, M.D.*

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

***

DENNIS FARR, M.D.,

        Plaintiff,

vs.

AMERICAN BAPTIST HOMES OF THE WEST, a foreign Corporation; LAS VENTANAS RETIREMENT COMMUNITY, a foreign Corporation; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,

        Defendants.

Case No.: 2:18-cv-00229-GMN-PAL

**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION**

**(FIRST REQUEST)**

Plaintiff Dennis Farr ("Plaintiff") and Defendants American Baptist Homes of the West and Las Ventanas Retirement Community ("Defendants"), by and through their respective undersigned counsel, hereby agree to reschedule the Early Neutral Evaluation ("ENE"), which is currently set for May 22, 2018, at 9:00 a.m. p.m. (ECF No. 12). Plaintiff's attorneys have a three day arbitration in Los Angeles, CA beginning May 22, 2018.

1

The parties ask that the Court continue the ENE to a date convenient for the Court, to include, as feasible, May 14 2018 or May 16 2018.

DATED this 8th day of March, 2018.

| | |
|---|---|
| /s/ Allison L. Kheel | /s/ Victoria L. Neal |
| WHITNEY J. SELERT, ESQ. | JAMES P. KEMP, ESQ. |
| Nevada Bar No.: 5492 | Nevada Bar No.: 6375 |
| ALLISON L. KHEEL, ESQ. | VICTORIA L. NEAL, ESQ. |
| Nevada Bar No.: 12986 | Nevada Bar No.: 13382 |
| FISHER & PHILLIPS LLP | KEMP & KEMP |
| 300 S. Fourth Street, Ste 1500 | 7435 W. Azure Drive, Ste 110 |
| Las Vegas, NV 89101 | Las Vegas, NV 89130 |
| 702. 252.3131 ph/702.252.7411 | 702-258-1183 ph./702-258-6983 fax |

*Attorneys for Defendants*  
*American Baptist Homes of the West and*  
*Las Ventanas Retirement Community*

*Attorneys for Plaintiff*  
*Dennis Farr, M.D.*

**ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will take place on __May 14__, 2018 at __9:00 am__ p.m. A request for an exception to the above attendance requirements must be filed and served upon all parties at least fourteen (14) days prior to the ENE session. Written evaluation statements shall be submitted no later than __May 7__, 2018, which is seven (7) days prior to the ENE session pursuant to LR 16-6(f). See ECF No. 12 for all other details regarding the ENE.

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

___3/9/2018___
DATE

2