**FISHER & PHILLIPS LLP**
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
wselert@fisherphillips.com
akheel@fisherphillips.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS FARR, M.D., | Case No. 2:18-cv-00229-GMN-PAL |
| Plaintiff, | |
| v. | |
| LAS VENTANAS RETIREMENT COMMUNITY, a foreign Corporation; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive; | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Dennis Farr, M.D. ("Plaintiff") and Defendant, Las Ventanas Retirement Community ("Defendant") by and through their respective counsel of record, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs and fees.

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101

| | |
|---|---|
| Dated this 8th day of October, 2018 | Dated this 8th day of October, 2018 |
| KEMP & KEMP | FISHER & PHILLIPS LLP |
| By: <u>Victoria L. Neal</u><br>James P. Kemp, Esq.<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>Attorneys for Plaintiff | By: <u>Whitney J. Selert</u><br>Allison L. Kheel, Esq.<br>Whitney J. Selert, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant |

**IT IS SO ORDERED.**

Dated this <u>10</u> day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT